# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JUSTIN SPEARS (#9000104499)

VERSUS

EAST BATON ROUGE PARISH
SHERIFF'S DEPT., ET AL.

CIVIL ACTION

25-95-SDD-EWD

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Erin Wilder-Doomes dated April 7, 2026, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that all of Plaintiff Justin Spears's federal claims be **DISMISSED WITH PREJUDICE** under 28 U.S.C. §§ 1915(e) and 1915A for failure to state a claim upon which relief may be granted. The Court declines to exercise supplemental jurisdiction over potential state law claims; and this case shall be **CLOSED**.

Signed in Baton Rouge, Louisiana, on this ___10___ day of June, 2026.

_____
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 12.